UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAKHRIODIN BAKHRIEV,<br>Petitioner<br><br>v.<br><br>DAVID O'NEILL, *Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, et al.*,<br>Respondents | :<br>:<br>:<br>:    No.    2:26-cv-0022<br>:<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW,** this 6th day of January, 2026, upon consideration of Petitioner Fakhriodin Bakhriev's Petition for Writ of Habeas Corpus and Respondents' Answer, **IT IS ORDERED THAT**:

1. **No later than January 9, 2026**, Petitioner may file a reply to the response. If Petitioner has not already done so, Petitioner shall advise whether a bond hearing is required and whether the petition for writ of habeas corpus may be decided on the papers.

2. Petitioner SHALL NOT be transferred outside the Eastern District of Pennsylvania while the above-captioned action is pending.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge